FILED BY ube D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN -3 PM 12:43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

WAYNE ALEXANDER
    Plaintiff,

VS.                                  NO. 02-2983-D V

JOSHUA A. NEWMAN, et. al.

    Defendants.

CONSENT ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
AS TO INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

    Before the Court are the summary judgment motions of Defendants Newman and Whiteside on the issue of intentional infliction of emotional distress. Based on Plaintiff's counsel's statement during the pretrial conference that he consents to the granting of the motions, the Court GRANTS the motions and the issue of intentional infliction of emotional distress as to both defendants is dismissed.

    So ORDERED this *3rd* day of *June*, 2005.

                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-6-05



APPROVED FOR ENTRY

*Claiborne Ferguson w/permission*
Claiborne Ferguson
Attorney for Plaintiff
3074 East Avenue
Memphis, Tennessee 38128
(901) 384-4004


*Thomas E. Hansom w/p*
THOMAS E. HANSOM # 8153
Attorney for Defendant Newman
659 Freeman
Memphis, Tennessee 38122
(901) 327-4243


*Jean E. Markowitz*
JEAN E. MARKOWITZ #5665
Attorney for Defendant Newman
Suite 2400, 100 N. Main Bldg.
Memphis, Tennessee 38103
(901) 526-0206


*Stuart B. Breakstone w/per*
STUART B. BREAKSTONE #14761
Attorney for Defendant Whiteside
8 S. Third Street- 4th Floor
Memphis, Tennessee 38103
(901) 522-0052

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 2:02-CV-02983 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Claiborne Hambrick Ferguson
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Henry L. Klein
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Bernice Donald
US DISTRICT COURT