IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WAYNE ALEXANDER

    Plaintiff,

vs.   No. 02-2983-D V

JOSHUA A. NEWMAN, et al.

    Defendants.

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

IT APPEARS TO THE COURT, that the parties hereto, by and through their respective counsel of record, consent and stipulate that all of Plaintiff's claims against these Defendants may be dismissed with prejudice.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims against Defendants Joshua Newman, Mark A. Whiteside, Christopher Luhrs, Walter Crews and the City of Memphis are hereby dismissed with prejudice.

_____
JUDGE

11-28-2005
DATE

I:\Atty_all\Lawsuits.2002\02-173 Alexander\PLEADINGS\Consent Order of Dismissal with Predjudice.wpd\3221-01wjs

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-29-05



APPROVED:

_____
Henry L. Klein     #8856
Attorney for City of Memphis
125 N. Main, Room 336
Memphis, Tennessee 38103
(901)576-6553

_____ w/ permission
Jean Markowitz    #5665
Attorney for Defendants Newman, Whiteside, Luhrs
659 Freeman
Memphis, Tennessee 38122
(901)327-4243

_____ w/ permission
Claiborne H. Ferguson #20457
Attorney for Plaintiff
1509 Madison Avenue
Memphis, Tennessee 38109

I:\Atty_all\Lawsuits.2002\02-173 Alexander\PLEADINGS\Consent Order of Dismissal with Predjudice.wpd\3221-01wjs

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:02-CV-02983 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Claiborne Hambrick Ferguson
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Bernice Donald
US DISTRICT COURT