UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 30 PM 2:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**WAYNE ALEXANDER**                             **JUDGMENT IN A CIVIL CASE**

v.

**JOSHUA A. NEWMAN, et al.**                    **CASE NO: 02-2983-D**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal With Prejudice entered on November 29, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_Bernice Donald_
**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**                **THOMAS M. GOULD**

_11-30-2005_                                    _____
**Date**                                        **Clerk of Court**

                                                _____
                                                **(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/1/05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 2:02-CV-02983 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Stuart B. Breakstone
BREAKSTONE & ASSOCIATES
200 Jefferson Ave.
Ste. #725
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Henry L. Klein
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Claiborne Hambrick Ferguson
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Bernice Donald
US DISTRICT COURT